**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| Openmind Solutions, Inc ) | |
| ) | CASE NO.: 2:12-cv-00412 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Andy Chang ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE**

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses, with prejudice, all causes of action in the complaint against Andy Chang with prejudice. Andy Chang has neither filed an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate. After filing the complaint and naming the Defendant in question, Plaintiff and Defendant entered into terms settling this matter to the satisfaction of all parties.

                                        Respectfully submitted,

                                        Openmind Solutions, Inc

**DATED:** August 28, 2012

                                        By:    /s/ Timothy V. Anderson
                                                   TIMOTHY V. ANDERSON (VSB 43803)
                                                   Anderson and Associates, PC
                                                   2492 N. Landing Road, Suite 104
                                                   Virginia Beach, VA 23456
                                                   Telephone: (757) 301-3036
                                                   Facsimile: (757) 301-3640
                                                   E-mail: timanderson@virginialawoffice.com
                                                   *Attorney for Plaintiff*